IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:18-cv-00145-JDW-AAS

EDWARD DAVIS,

    Plaintiff(s),

v.

SUNCOAST CREDIT UNION,

    Defendant(s).
_____/

**DEFENDANT'S UNOPPOSED MOTION F0R AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, Suncoast Credit Union ("Defendant" or "Suncoast"), by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b)(1)(A), and hereby moves this Honorable Court for entry of an Order extending the time within which to respond to Plaintiff's Complaint, and as grounds states as follows

1.    On January 16, 2018, Plaintiff filed his Complaint which was served on Defendant, Suncoast, on January 18, 2018.

2.    Pursuant to the applicable Federal Rules of Civil Procedure, Defendant's responsive pleading is due on February 8, 2018.

3.    Undersigned counsel was recently retained by the Defendant, and the extension of time is necessary to afford undersigned counsel time to confer with the Defendant in order to formulate an adequate and appropriate responsive pleading.

4.    Counsel for Plaintiff and undersigned counsel have conferred about the requested extension of time for Defendant to respond to Plaintiff's Complaint, and Plaintiff's counsel does not oppose the entry of an Order granting Defendant an extension.

Case No.: 18-cv-00145
Page **2** of **4**

5. Additionally, undersigned counsel and Plaintiff's counsel have engaged in initial settlement discussion relating to possible resolution of this matter.

6. Undersigned counsel is authorized to represent to the Court that Plaintiff has agreed to allow Defendant, Suncoast, an additional twenty (20) days, up to and including February 28, 2018, to file its response to Plaintiff's Complaint.

7. Plaintiff will not be prejudiced by the requested enlargement of time for the purpose stated above, and it is in the interest of justice and the efficient resolution of this cause.

8. This motion is made for good cause, and is not made to delay the proceeding or to prejudice the rights of any party to this action.

**WHEREFORE**, Defendant, Suncoast Credit Union, respectfully requests an Agreed Order be entered by this Honorable Court granting Defendant an additional twenty (20) days up through and including February 28, 2018, within which to file and serve a responsive pleading to Plaintiff's Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for movant has conferred with opposing counsel, Scott J. Ferrell, in a good faith effort to resolve the instant motion, and he has stated that Plaintiff does not oppose the relief sought.

## CERTIFICATE OF SERVICE

Defendant, Suncoast Credit Union, by and through undersigned counsel, hereby certifies that on this 8<u>th</u> day of February, 2018, a true and correct copy of the foregoing was served via the Court's CM/ECF Electronic Notification System, and/or Electronic Mail, to all parties as shown on the attached Service List.

                                        **LUKS, SANTANIELLO,**
                                          **PETRILLO & JONES**
*Attorneys for Defendant*
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: 954/766-9900
Facsimile: 954/766-9940
E-Mail: MKrause@LS-Law.com

By:   */s/ Matthew G. Krause*
       **MATTHEW G. KRAUSE, ESQ.**
       Florida Bar No. 844225

Case No.: 18-cv-00145
Page **4** of **4**

## SERVICE LIST

**CM/ECF Electronic Mail**

*The following party(ies) are currently registered to receive electronic notice/service:*

*Benjamin* H. Brodsky, Esq.
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Plaintiff*
169 E. Flagler Street, Suite 1224
Miami, Florida 33131
bbrodskybfwlegal.com
docketing@bfwlegal.com

**ELECTRONIC MAIL and/or U.S. MAIL**

*The following party(ies) are not currently registered to received CM/ECF Electronic Notification:*

Scott J. Ferrell Esq.
PACIFIC TRIAL ATTORNEYS
*Counsel for Plaintiff*
4100 Newport Place, Suite 800
Newport Beach, California 92660
sferrell@pacofoctrialattorneys.com
*(Pro Hac Vice* Application Forthcoming)

14